# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE

**ANTONIO DEVON O'NEAL**                                                                          **PLAINTIFF**

**v.**                                                          **CIVIL ACTION NO. 3:08CV-P459-H**

**OFFICER MCFERLEY** *et al.*                                                                     **DEFENDANTS**

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, and being otherwise sufficiently advised, **IT IS HEREBY ORDERED** that the instant action is **DISMISSED without prejudice**.

There being no just reason for the delay in its entry, this is a **final Order**.

The Court further **certifies** pursuant to 28 U.S.C. § 1915(a)(3) that an appeal would not be taken in good faith.

Date:

cc:   Plaintiff, *pro se*
      Defendants
      Jefferson County Attorney

4412.008